UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

---

| | |
|---|---|
| **DWAYNE GRIFFIN,** ) | |
| ) | |
| **Plaintiff,** ) | |
| v. ) | Case No. 09-CV-1389 |
| ) | |
| **JOE BILLY McDADE,** ) | |
| ) | |
| **Defendant.** ) | |

**OPINION**

On November 23, 2009, Plaintiff, Dwayne Griffin, filed a pro se Complaint (#1) against United States District Judge Joe Billy McDade. Plaintiff's Complaint, while somewhat difficult to understand, appears to relate solely to an Order entered by Judge McDade in Plaintiff's habeas case, Case No. 09-1298. This case was assigned to United States District Judge Michael M. Mihm, who entered an order recusing himself on November 24, 2009. The case was referred to this court for reassignment. The case is hereby assigned to this court and dismissed.

This court concludes that Judge McDade is entitled to absolute immunity from a lawsuit based upon his judicial act of entering an Order in Case No. 09-1298. The doctrine of judicial immunity has been embraced "for centuries." Dawson v. Newman, 419 F.3d 656, 660 (7th Cir. 2005), quoting Lowe v. Letsinger, 772 F.2d 308, 311 (7th Cir. 1985). "Judicial immunity extends to acts performed by the judge 'in the judge's *judicial capacity* and "confers complete immunity from suit, not just a mere defense to liability." Dawson, 419 F.3d at 660-61, quoting Dellenbach v. Letsinger, 889 F.2d 755, 758-59 (7th Cir. 1989) (emphasis in original). The doctrine protects judges from the fear of litigation brought by disgruntled litigants unhappy with judicial decision-making. See Forrester v. White, 484 U.S. 219, 226-27 (1988). Accordingly, a suit complaining about a judicial act taken by a judge is appropriately dismissed with prejudice. See Dawson, 419 F.3d at

660.

IT IS THEREFORE ORDERED THAT:

(1) This case is hereby assigned to this court.

(2) This case is dismissed with prejudice because it is barred by judicial immunity.

(3) This case is terminated.

ENTERED this _____ day of November, 2009

**s/ Michael P. McCuskey**
MICHAEL P. McCUSKEY
CHIEF U.S. DISTRICT JUDGE